AO 91 (Rev. 11/11) Criminal Complaint

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
July 25, 2025
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK
7:25mj156

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 5:25-mj-00011 |
| PAUL CHARLES CLEMENT | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/8/2024 through in or around 12/2024__ in the county of __Greenbrier__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to register as a sex offender |

This criminal complaint is based on these facts:

From on or about March 8, 2024, through in or around December 2024, at or near Ronceverte, Greenbrier County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant PAUL CHARLES CLEMENT, a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate or foreign commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Waggamon, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __05/02/2025__

City and state: __Bluefield, West Virginia__

Omar J. Aboulhosn
United States Magistrate Judge

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MAY 13, 2025 SESSION


FILED
MAY 1 3 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:25-cr-00089
18 U.S.C. § 2250(a)

PAUL CHARLES CLEMENT

# I N D I C T M E N T

The Grand Jury Charges:

From on or about March 8, 2024, through in or around December 2024, at or near Ronceverte, Greenbrier County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant PAUL CHARLES CLEMENT, a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate or foreign commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.                                    Criminal No.: 5:25-cr-00089

PAUL CHARLES CLEMENT

**O R D E R**

On May 13, 2025, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion by the United States, it is **ORDERED** that a bench warrant be issued forthwith for the defendant. Law enforcement officers shall be authorized to take necessary and appropriate measures to effect the defendant's arrest.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

ENTER:   May 13, 2025

Dwane L. Tinsley
United States Magistrate Judge